# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

TERRELL TAYLOR )
_____ )
_____ ) Case Number: 23-3019-JPG
_____ ) (Clerk's Office will provide)
Plaintiff(s)/Petitioner(s) )
v. )
) ☐ CIVIL RIGHTS COMPLAINT
A. Haynes ) pursuant to 42 U.S.C. §1983 (State Prisoner)
J. Davis ) ☑ CIVIL RIGHTS COMPLAINT
Chief K. Hunter ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Sgt. Fosse ) ☐ CIVIL COMPLAINT
_____ ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) ) §§1346, 2671-2680, or other law

Trial by Jury

## I. JURISDICTION

### Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement.

404 Van Buren St.   I.d # 305827
Marion, IL 62959,
Williamson County Jail

### Defendant #1:

B. Defendant __A. Haynes__ is employed as
(a) (Name of First Defendant)

__Correctional officer__
(b) (Position/Title)

with __Williamson County Sheriff's Department,__
(c) (Employer's Name and Address)

__404 N. Van Buren St, Marion, Illinois 62959__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes   ☐ No

If your answer is YES, briefly explain: Works for Williamson County Sheriffs Department, employed local, works at the Williamson County Jail

Rev. 10/3/19

**Defendant #2:**

C. Defendant __J. Davis__ is employed as
(Name of Second Defendant)

__Correctional officer__
(Position/Title)

with __Williamson County Sheriff's Department,__
(Employer's Name and Address)

__404 N. Van Buren St, Marion, Illinois 62959__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: __employed locally; works at the Williamson County Jail.__

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

3.) Defendant Chief K. Hunter is employed as Correctional officer with Williamson County Sheriff's Department, 404 N. Van Buren St, Marion, Illinois 62959. Defendant employed locally working at the Williamson County Jail.

4.) Defendant Fosse is employed as correctional officer with Williamson County Sheriffs Department, 404 N. Van Buren St, Marion, IL, 62959. Defendant employed locally working at Williamson County Jail.

5.) A. Bandy, defendant is employed as correctional officer with Williamson County Sheriff Dept, 404 N. Van Buren St, Marion, IL 62959. Defendant employed locally working at Williamson County Jail.

6.) Defendant Chad Havens is employed as Correctional officer with Williamson County Sheriffs Dept, 404 N. Van Buren St, Marion, IL 62959. Defendant employed locally working at Williamson County Jail.

7.) Defendant D. Pinkerton is employed as Correctional officer with Williamson County Sheriffs Dept, 404 N. Van Buren St, Marion, IL 62959. Defendant employed locally working at Williamson County Jail.

Rev. 10/3/19

## II. PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits: TERRELL TAYLOR
    Plaintiff(s):

    Defendant(s): Johnathon Brotz

2.   Court (if federal court, name of the district; if state court, name of the county): South Eastern District Court

3.   Docket number: 1:19-CV-10 JAR

4.   Name of Judge to whom case was assigned: John A. Ross

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights action

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed

Rev. 10/3/19

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: 29th day of July, 2019

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

failure to state a claim

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

C. If your answer is YES,
   1. What steps did you take?



   2. What was the result?



D. If your answer is NO, explain why not. I'm in fear of my safety and security. Also, not wanting to be subjected to any further cruel and unusual punishment and staff retalliation.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☑ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

2.  What was the result?

G.  If your answer is NO, explain why not. No, because i'm in fear of being subjected to any further cruel and unusual punishment and staff retaliation.

H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Due to the position that im in I did not follow through with any administrative remedies, In this case administrative Remedy forms is no option.

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

**A.** State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Plaintiff's Rights under the eighth and fourteenth Amendments to the United States Constitution have been violated.

1.) Defendant A. Haynes used excessive force against plaintiff Taylor by bashing his head to the floor and punching him in the face when Taylor was not violating any prison rule and was not acting disruptively in any way. Defendant Haynes actions violated Plaintiff Taylor Rights the eighth and fourteenth Amendment to the United States Constitution and caused Plaintiff Taylor pain, suffering, physical injury, and emotional distress.

2.) Defendant A. Haynes used and continues to use excessive force against Plaintiff Taylor by bashing his head into the floor and punching him in the face Repeatedly when Taylor is not violating any prison rule or acting disruptively in any way. Defendant A. Haynes actions violated and continues to violate Plaintiff Taylor Rights under the eighth and fourteenth Amendment to the United States Constitution and is causing Plaintiff Taylor pain, suffering, physical injury, and emotional distress.

3.) By witness Defendant A. Haynes illegal actions committing assault and battery, acting under the color of law, failing to correct their misconduct and permitting the continuation of the misconduct, Defendants Chief Hercher, Sgt. Fosse, Lt. Pinkerton, A. Bawdley, and another officer which name is currently unknown is also violating Plaintiff Taylor's Rights under the eighth and fourteenth Amendment to the United States Constitution. These illegal actions are causing Plaintiff Taylor pain, suffering, Physical injury, and emotional distress.

4.) Defendant Davis used excessive force against plaintiff Taylor by punching him in the thigh when Taylor was not acting disruptively in any manner. Defendant Davis actions violated Plaintiff Taylor's Rights to the eight and fourteenth Amendment under the United States Constitution and caused Plaintiff Taylor pains suffering, physical injury, and emotional distress.

→ continued see attch pages Exibit A and B

Rev. 10/3/19

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

1.) Granting Plaintiff a declaration that the acts and omissions described herein violate his Rights under the Constitution and laws of the United States, and

2.) A preliminary and permanent injuction ordering defendants A. Haynes, J. Davis, and Chief K. Hunter to cease their physical violence and threats toward Plaintiff, and

3.) Granting Plaintiff compensatory damages in the amount of $100,000 against each defendant, jointly and severally.
→ Continued see attch pg. Exibit C

VI. **JURY DEMAND** (check one box below)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 08-27-2023 (date)

Signature of Plaintiff

404 N. Van Buren St
Street Address

Terrell Taylor
Printed Name

Marion, Illinois 62959
City, State, Zip

305527
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

On the 12th day of May, 2023 approximately around 8:30 am after I arrived in Williamson County Jail, I refused to give my socks to Officer Haynes.

Correctional Officer Haynes directed me once more to hand-over my pair of socks before he approached me. Haynes grabbed me by my elbows shaking me. I tried to free myself from his grip, but to no avail. He then swings his right arm around my neck, placing me in a choke-hold, and which I freed myself from immediately before he tried body slamming me to the floor.

Haynes lost his footing, tripping over his own feet, falling to the floor. He lands on his backside, I instantly kneeled to the floor with my hands up saying, 'I'm not resisting, i'm not resisting.'

I was on my stomach by the time Correctional Officers A. Bandy, Chief Hunter, Lt. Pinkerton, Sgt. Fosse and another officer which name is unknown made it to the scene to assist officer Haynes. While being restrained and placed in handcuffs, Officer Haynes got up standing on his knees. He grabbed me by my hair, bashed my head into the concrete floor, then started punching me in my face, bashed my head into the floor two more times, and punched me in my face three more times. While do so, I said, 'Damn he's beating my ass.'

Officer Haynes continued with his maladaptive behaviors, bashing my head into the ground two more times for the last time. I cried out seeing blood oozing from my head, 'You all are going to sit here and allow him to do this to me?' With no response, I was picked up from the floor and hauled off into holding cell Room #5.

While pleading for medical attention, the restraints were

→

being removed. I was told by Chief Hunter if I was to turn around that i'll need more than medical treatment as they made their exit.

I bled out for quite some time before I was transported to an outside hospital. There I recieved stitches above my left eye which was black due to the blows I took to the face. X-Rays showed that the left side of my nose was broken, but not too severe for surgery.

Further, I was stripped of all my clothing, dressed in a suicide smock and confined to an restraining chair strapped down to remain there for 24hrs, for reasons unknown.

Being restrained to the chair since 4pm, around 2am the 13th day of May, 2023 I was permitted to walk a few laps to bring a circulation of blood throughout my legs. I complained to the officers during that time that I was having severe chest pains that arosed from me being cold. Officer Davis continued to ignore me and continued to try and force my hands within the straps of the chair, but to no avail. So, officer Davis balled up his hands into a tight fist and started hammering down on my right thigh until I gave up and allowed him to restrain me to the restraining chair.

During and after the 24hrs in the restraing chair, i've been deprived of food. Officers and staff members failed to supply me with any meal based off of my food allergies and religious preference. I've been subjected to starve for numerous days.

4.) Plaintiff seeks compensatory damages of $100,000.00 against defendants A. Haynes and J. Davis only, jointly and severally.

5.) Plaintiff seeks nominal damages and punitive damages in the amount of $50,000.00. Plaintiff seeks these damages against each defendant, jointly and severally.

6.) Plaintiff seeks $250,000,000.00 for physical and emotional damage against each defendant jointly and severally.

7.) Plaintiff also seek recovery of his costs in this suit, and any additional relief this court deems just, proper, and equitable.

Plaintiff Taylor has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff Taylor has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injuctive relief which plaintiff seeks.



Terrell Taylor
404 N. Van Buren St.
Marion, IL 62959

Clerk
United States District Court
750 Missouri Ave.
East St Louis, IL 62201

Legal
&
Confidential Mail

MAIL CLEARED
US MARSHALS

Scanned envelope back with only a "RECEIVED SEP 06 2023" clerk's stamp; no body content.



RECEIVED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE