United States District Court
Southern District of Illinois

Terrell Taylor      (
   v.              (
                   ( Case no: 23-cv-03019-JPG
Haynes, et al      (
                   (
                   (

## Motion For Default Judgment

Under Rule 55(a), If a party fails to plead or otherwise defend, default may be entered. If a pleading seeks a judgment against a party that involves some kind of affirmative relief, and if a responsive pleading is required, the clerk must enter the default of any party who fails to timely file the required responsive pleading "or otherwise defend" against the party seeking judgment.

## Statement of Facts

Defendants, A. Haynes, J. Davis, C/o Fosse, K. Hunter, A. Bandy, and D. Pinkerton were all served with this lawsuit on the 2nd and 3rd day of January, 2024. The deadline for 1/23/2024 and 1/24/2024 has expired with no answer. The extended deadline for 3/5/2024 has expired. All defendants failed to file an answer in a timely matter that has been ordered.

Dated, 3/5/2024
Respectfully Signed,
TERRELL TAYLOR



**RECEIVED**

MAR 11 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

3/5/24

FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA

DATE: _____

THE ENCLOSED LETTER WAS DELIVERED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR OBJECTION OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.