United States District Court

Southern District of Illinois

TERRELL TAYLOR,
       plaintiff
)
)
)
)

v.
) Case no: 23-cv-3019-jpg
)

A. Haynes,
      defendant
)
)
)

Motion for Subpoena to Produce Documents, Information, or Objects OR to Permit Inspection of Premises in a Civil Action

Comes now the Plaintiff, TERRELL Taylor on the 18th day of February. I move to subpoena the defendants in this Civil Action.

To: Williamson County Jail, Marion Illinois
404 Van Buren St,
Marion, Ill 62959

Request

1.) electronically stored information; such as (video footage) from the 12th day of May, 2023,

Respectfuly,

TERRELL Taylor, 47048-044
Federal Correchonal Institution
P.O. Box 1800
El Reno, OK 73036



OKLAHOMA CITY OK 730

19 FEB 2025   PM 6   L

Terrell Taylor, 47048-044
Federal Correctional Institution
P.O.Box 1500
El Reno, OK 73036

↔47048-044↔
District Court
301 W MAIN ST
Benton, IL 62812
United States

MAIL CLEARED
U.S. MARSHALS

62812-136201

FCI El Reno
PO Box 1000
El Reno, OK 73036

2 / 12 / 25

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

RECEIVED

FEB 24 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE