To whom this may concern,
This is a notice of my change of address.

Case # 23-cv-03019-jpg

New address

Terrell Taylor
1309 NE 45 St
Oklahoma City, OK 73111

TERRELL TURNER  
1309 NE 45 St  
Oklahoma City, OK 73111

OKLAHOMA CITY OK 730  
18 JUL 2025 PM 6 L

MAIL CLEARED  
US MARSHALS

U.S. District Court  
301 W. Main St  
Benton, IL 62812

62812-136201

**RECEIVED**

**JUL 21 2025**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE