7.31.25

To whom this may concern,

This is a correspondence regarding my address change.

New address is now

Terrell Taylor
150 W. Cottage Ave
Kankakee, IL 60901

Case no: 23-CV-03019-JPG



Terrell Taylor
150 W. Cottage Ave
Kankakee, IL 60901



CHAMPAIGN IL 618

1 AUG 2025 AM 5 L

1775

MAIL CLEARED US MARSHALS

U.S District Court
Southern District of Illinois
301 W. Main St
Benton, IL 62812

⇔47048-044⇔
District Court
301 W MAIN ST
Benton, IL 62812
United States

**RECEIVED**

AUG 04 2025

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE