To whom this may concern,
My address has changed.

New address is   150 N. Cottage Ave
                 Kankakee, IL 60901

Respectfully signed,

Date 08-09-25

TERRELL Tumler
150 N. Cottage Ave.
Kankakee, IL 60901

CHAMPAIGN IL 628

6 AUG 2025    AM 5  L

1775 ★

FREEDOM
FOREVER/USA

MAIL CLEARED
US MARSHALS

United States District Court
301 W. Main St.
Benton, IL 62812

**RECEIVED**

AUG 08 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE