# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRELL TAYLOR,

      PLAINTIFF                                  CASE NO: 23-CV-3019-JPG

    V.

AUSTIN HAYNES,

      DEFENDANT

## PLAINTIFFS' RESPONSE TO MOTION TO SHOW CAUSE

    TERRELL TAYLOR, plaintiff comes before this honorable court to show why the court shouldn't dismiss this case in the favor of the defendants due to their motion to comply.

1. Plaintiff has followed through with each order by and through the courts.
2. Numerous of times plaintiff has sent the defendants copies of each document that was requested through motion to disclose, but to no avail, defendants attorneys continue to claim plaintiffs failure to follow through with the courts order.
3. Due to extraordinary circumstances which plaintiff was recently incarcerated during the period of time from 05/12/2023 to 06/16/25, however I had no control over the mailing system.
4. During the period of plaintiffs incarceration, he's been indigent and has made every effort to properly file and send off each motion and document in a timely matter.
5. 03/19/24, plaintiff has signed a form to release medical records to defendants.
6. 11/07/24, plaintiff has signed a form to release medical records to defendants.

7. 06/26/2024, defendants received notification from THE UNITED STATES ATTORNEYS OFFICE explaining to them how they would have to go by obtaining my medical records.

RESPECTFULY SIGNED,

TERRELL TAYLOR

DATE 09/30/2025

From: Terrell Taylor
150 N. Cottage Ave
Kankakee, IL
60901

CERTIFIED MAIL
CHAMPAIGN
9589 0710 5270 3274 2861 60

U.S. POSTAGE PAID
FCM LETTER
KANKAKEE, IL 60901
OCT 01, 2025
$4.81
S2324H504122-27

MAIL CLEARED
US MARSHALS

ReadyPost
Document Mailer



U.S. District Court
Southern District of Illinois
301 W. Main St
Benton, IL 62812

62812-136201

