

U.S. Department of Justice

Federal Bureau of Prisons

*Consolidated Legal Center*

*Federal Detention Center*
*P.O. Box 526245*
*Houston, Texas 77052-6245*

June 26, 2024

Via Electronic Mail

Bhairav Radia
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, IL 80062

    Re:    Request for BOP Records Regarding Terrell Taylor

Dear Mr./Ms. Radia:

This is in response to the request for records directed to the Federal Bureau of Prisons (BOP) pertaining to inmate Terrell Tayler, federal register number 47048-044, who is assigned to the Federal Correctional Complex in Pollock, Louisiana (FCC Pollock). Through the request, you seek copies of all medical records of inmate Taylor. Requests, such as this one made by your office made, must comply with applicable federal regulations.

Pursuant to Title 28, Code of Federal Regulations, Sections 16.21-16.29, no employee of the Department of Justice shall produce any materials contained in the files of the Department or disclose any information the employee acquired while performing his official duties for the Department of Justice without prior approval of the proper Department of Justice official in accordance with Sections 16.24 and 16.25 of the regulation. *See also United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).

In accordance with the above-mentioned federal authorities, requests such as yours require the requestor to provide a written summary of the information sought and a statement which details the relevance of this information to the civil proceeding. Further, to comply with the Privacy Act, Title 5, United States Code, section 552(a), you should provide a signed authorization for release of information from Mr. Taylor. The authorization furnished with your subpoena notes the authorization is specifically for continuity of care purposes, not for the purposes of litigation. If you still wish to request approval to receive the records, please send the documentation just described to me via this email. This office will then request a determination from the appropriate U.S. Attorney's Office official, who will determine whether the Bureau of Prisons will comply with your request.

*Exhibit C*

*Letter to Attorney Radia*
*Records Request – inmate Taylor*
*Page 2*

If you have any questions regarding this information, you may contact me at 713-229-4186.

Sincerely,

Juliana Reese-Colson
Senior Attorney

cc:   Shannon Brown
      Civil Chief
      United States Attorneys Office
      sbrown@usa.doj.gov